**FILED IN**
14th COURT OF APPEALS
HOUSTON, TEXAS

SEP 29 2015

CHRISTOPHER A. PRINE
CLERK

THE STATE OF TEXAS

In The

FOURTEENTH COURT OF APPEALS

CAUSE No 14-15-00724-CV

Cause No 1066539

IN RE KHISTINA CALDWELL DEJEAN, CANDIDATE FOR MAYOR 2015 OF HOUSTON RELATOR

VS ANNISE PARKER, STAN STANART, Election Lawyers + DOES

ANSWER TO ORIGINAL PROCEEDINN WRIT OF MANDAMUS

ANSWER TO AFFIDAVIT OF INDIGENCY WAS GRANTED $ 0 PAYMENT WAS GRANTED 8/24/15       ANSWER THE COURT REQUEST
296.00 DOLLARS AND 217.00 FROM A PERSON SEE 1.2 _____

NOW REQUEST ONLY TO PRO LONG COURT DATE THAT'S OUT OF THE OERDER AND AGAINST MY

CONSTITUTION RIGHTS

IN THE ELECTION LAWS THE MATTER OF THE COURT ISSUE OF BEING ROB TWICE IN ONE DAY WAS GIVEN THE MAYOR OFFICE 8/24/15 THAT

COURT HEARING SHOULD HAVE BEEN FIRST WEEK OF SEPTEMBER OR THE SECOND WEEK

KHISTINA CALDWELL DEJEAN, CANDIDATE FOR MAYOR OF HOUSTON 2015 FOR THE PEOPLE

ANSWER TO RE SETTING LATE COURT DATE 10/20/2015 AND 10/27/2015

MUST BE BEFORE EARLY ELECTION VOTING OR RECALL WILL BE REQUESTED AT THE LATE COURT DATE 10/20/2015 THAT WAS GIVEN OUT OF SPITE THAT HAS NOTHING TO DO WITH ELECTION RULES

I SPEAK UP FOR JUSTICE AND WILL STAND ON CONSTITUTION OF THE UNITED STATES OF AMERICA

ARTICLE XIV SECTION 1 ALL PERSONS BORN OR NATURALIZED IN THE UNITED STATES AND SUBJECT TO THE JURISDICTION THEREOF,ARE CIITIZEN OF THE UNITED STATES WHEREIN THEY RESIDE NO STATE SHALL MAKE OR ENFORCE ANY LAW WHICH SHALL ABRIDGE THE PRIVILEGES OR IMMUNITIES OF CITIZENS OF THE UNITED STATES ; NOR SHALL ANY STATE DEPRIVE ANY PERSON OF LIFE , LIBERTY OR

PROPERTY, WITHOUT DO PROCESS OF LAW ,NOR DENY TO ANY PERSONWITHIN ITS JURISDICTION THE EQUAL PROTECTION OF THE LAW . EVERY CANDIDATE FOR MAYOR 2015 WAS NOT ROB TWICE IN ONE

DAY I KHISTINA CALDWELL DEJEAN PRAY ON THE COURT FOR COURT DATE OCT. 5th 2015 NOT AFTER OCT. 13 PLEASE . THE REQUEST TODAY IS ALSO TO BE ON BALLOT FOR MAYOR OF HOUSTON 2015 . COST OF COURT WAIVED

BOTH DATES 10/27/15  10/20/2015 TO LATE TO HONOR MY REQUEST FOR 2015 MAYOR ELECTION BALLOT

COUNTY COURT AT LAW NO 4

ARRIIS COUNT,TEXAS

TRIAL COURT CAUSE NO . 1066593



# OFFICE OF STAN STANART
## COUNTY CLERK, HARRIS COUNTY, TEXAS
### COUNTY CIVIL COURTS DEPARTMENT

August 25, 2015

The Honorable Vince Ryan
County Attorney
c/o Harrison Gregg
1019 Congress, 15th Floor
Houston, Texas 77002

Re: Case Number: 1066539 Court Number Four (4)

DEJEAN, KHISTINA CALDWELL Vs. PARKER, ANNISE D

Dear Sir:

Please find a copy of the Affidavit of Inability to Pay Cost for the filing of the above mentioned case filed on 8/24/2015.

Filing Fee: $217.00

Service Request Fee: $4.00

Service Fee (Constable): $75.00

Jury Fee: $0.00

Miscellaneous: $0.00

Total Cost: $296.00

Affiant: KHISTINA CALDWELL

I respectfully request that you file a contest to the Affidavit of Inability to Pay Cost and represent this office at the hearing of the contest.

STAN STANART
County Clerk, Harris County, Texas

Tonya Ann Garza
Deputy Tonya A. Garza
County Civil Court at Law Department

cc: KHISTINA CALDWELL
    7730 CAYTON ST.
    HOUSTON, TX 77061

RECEIVED AUG 25 2015 Harris County Attorney Compliance Group

FILED 2015 AUG 26 PM 01:32 Stan Stanart COUNTY CLERK HARRIS COUNTY TEXAS

Ex. 1

NOTICE: THIS FORM CONTAINS SENSITIVE DATA.

Cause Number: _____
*(The Clerk's office will fill in the Cause Number when you file this form.)*

Petitioner/ **Khistina Caldwell DeJean**
Plaintiff _____

In the *(check one)*:

☐ District Court
*(Court Number)*
☐ County Court at Law
☐ Justice of the Peace

Respondent/ **Election Challenge**
Defendant _____

*(County)* _____ County, Texas

# Affidavit of Indigency
*(Request to Not Pay Court Fees)*

Use this form to ask the court not to charge you for court fees. This form is also called an "Affidavit of Inability to Pay Court Costs" or a "Pauper's Oath." You can only use this form if: (1) you get public benefits because you are poor or (2) you can't pay court fees. The information you give on this form must be current, complete, true and correct.

You must either 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form. By signing in front of a notary, you *swear under oath* that the information provided is true and correct. By signing and attaching an "Unsworn Declaration" form, you *declare under penalty of perjury* that the information provided is true and correct.

**You can be prosecuted if you lie on this form.**

The court may or may not approve this request to not pay court fees. The court may order you to answer questions about your finances at a hearing. At that hearing you will have to present evidence to the judge of your income and expenses to prove that you have no ability to pay court fees.

① **The person who signed this affidavit appeared, in person, before me, the undersigned notary, and stated under oath:**

"My name is **Khistina Caldwell DeJean**         My phone number is ( **832** ) **283-7263**

"My mailing address is **7130 Cayton Houston Texas 77061**

"My email address is _____

"I am above the age of eighteen (18) years, and I am fully competent to make this affidavit. I am unable to pay court costs. The nature and amount of my income, resources, debts, and expenses are described in this form.
*Check ALL boxes that apply and fill in the blanks describing the amounts and sources of your income.*

② "I receive these **public benefits**/government entitlements that are based on indigency: **FAVOR THREW FAITH**

*[handwritten margin note: It Not A LAW To USE THESE I DON'T WHEN I NEEDED THEM I COULDN'T RECEIVE]*

☑ SSI  ☐ WIC  ☐ Food Stamps/SNAP  ☐ TANF  ☐ Medicaid  ☐ CHIP  ☐ AABD
☐ Needs-based VA Pension     ☐ County Assistance, County Health Care, or General Assistance (GA)
☐ LIS in Medicare ("Extra Help")   ☐ Community Care via DADS   ☐ Low-Income Energy Assistance
☐ Emergency Assistance    ☐ Child Care Assistance under Child Care and Development Block Grant
☐ Public Housing   ☑ Other: *(Describe)* **Missionary Sponsor Help**

*If you receive any of the above public benefits, attach proof and label it "Exhibit: Proof of Public Benefits"*

③ "My **income sources** are stated below. *(Check all that apply)*
☐ Unemployed since: *(date)* **Self Employee**     -or-
☐ Wages: I work as a _____ for **Kmpto Kmpto**
                              *Your job title*                                  *Your employer*

☐ Child/spousal support ☐ My spouse's income or income from another member of my household *(if available)*
☐ Tips, bonuses ☐ Military Housing ☐ Worker's Comp ☐ Disability ☐ Unemployment ☐ Social Security
☐ Retirement/Pension ☐ Dividends, interest, royalties ☐ 2nd job or other income: _____
                                                                                                        *(describe)*

④ "My **income amounts** are stated below.

(a) My monthly net income *after taxes* are taken out is:     Total income *after taxes* → $ **0**

(b) The amount I receive each month in public benefits is:    Total amount received → + $ **0**

(c) The amount of income from other people in my household is:*   Total amount received → + $ ____

(d) The amount I receive each month from other sources is:    Total amount received → + $ **0 — 100**

(e) My TOTAL monthly income is           Add all sources of income above→ = $ **0 — 100**
*List this income only if other members contribute to your household income.*

Page 1 of 2

© TexasLawHelp.org - *Affidavit of Indigency*, February 2014

**Ex 2**

⑤ About my **dependents**: "The people who depend on me financially are listed below:

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | | | |
| 2 | N/A | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

⑥ "My **property** includes:     Value*

| | |
|---|---|
| Cash | $ 0 |
| Bank accounts, other financial assets (List) | |
| Central Bank | $ 2.00 |
| | $ 0 |
| | $ 0 |
| Vehicles (cars, boats) (List make and year) | |
| NOT TO BE FOUND | $ 0 |
| POLICE REPORT | $ 0 |
| | 0 |
| | $ |
| Real estate (house or land) (Do not list the house you live in.) | |
| NO | $ 0 |
| | $ |
| Other property (like jewelry, stocks, etc.) (Describe) | |
| Not of Value | $ 0 |
| | $ |

Total value of property → = $ 2.00

*The value is the amount the item would sell for less the amount you still owe on it (if anything).

⑦ "My monthly **expenses** are:     Amount

| | |
|---|---|
| Rent/house payments/maintenance | $ 0 |
| Food and household supplies | $ 10.00 |
| Utilities and telephone | $ 0 |
| Clothing and laundry | $ |
| Medical and dental expenses | $ 0 |
| Insurance (life, health, auto, etc) | $ 0 |
| School and child care | $ 0 |
| Vehicle payments | $ 0 |
| Gas, bus fare, auto repair | $ $10.00 |
| Child / spousal support | $ 0 |
| Wages withheld by court order | $ 0 |
| Debt payments | $ 0 |
| Other expenses (Describe) | $ 0 |
| | $ 0 |
| | $ 0 |
| | $ 0 |

Total monthly Expenses → = $ 20.00

⑧ "My **debts** include: List debt and amount owed.    N/A

To list any other facts you want the court to know, such as unusual medical expenses, family emergencies, etc., attach another page to this form and label it "Exhibit: Additional Supporting Facts." **Check here if you attach another page.**☐

⑨ **"I am unable to pay court costs. I verify that the statements made in this affidavit are true and correct."**

⑩ **Your Signature.** *You must either: 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form.*

▶ _(signature)_      Sept. 29 2015
Your Signature                 Date

State of Texas
County of **Harris**
Print the name of county where this Affidavit is notarized.

Sworn to and subscribed before me today, **9-29-15** , by
Date

▶ _(signature)_
Notary's Signature

Notary fills out this section if you are signing in front of a notary.

TONY JEROD GREEN
Notary Public, State of Texas
My Commission Expires
November 19, 2016

Print name of person who is signing this Affidavit.
NOT the notary's name.

© TexasLawHelp.org - *Affidavit of Indigency*, February 2014

Ex 3

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA.

Cause Number: 19·87-/2927 Divorce
*(The Clerk's office will fill in the Cause Number when you file this form.)*

Petitioner/
Plaintiff Khistina Caldwell DeJean

In the:
_____
Court Number

☐ District Court
☐ County Court at Law
☐ Justice of the Peace

Respondent/
Defendant _____ _____ County, Texas

# Unsworn Declaration of Indigency

1. I am filing this Unsworn Declaration of Indigency in place of an Affidavit of Indigency as allowed by Section 132.001 of the Texas Civil Practices and Remedies Code.

2. I am unable to pay court costs. I declare <u>under penalty of perjury</u> that the statements made in this Unsworn Declaration of Indigency are true and correct.

3. My name is: Khistina Caldwell DeJean .
   <span>First</span> <span>Middle</span> <span>Last</span>
   My date of birth is: 09 / 04 / 1962
   <span>Month</span> <span>Day</span> <span>Year</span>
   My address is: 7730 Cayton    Houston Tx 77061 Harris
   <span>Street Address</span> <span>City</span> <span>State</span> <span>Zip</span> <span>Country</span>
   My email address is: _____ .

4. **Government Entitlements** *(Check one.)*

   ☑ I do not currently receive any government entitlements based on indigency *(poverty)*.

   ☐ I <u>currently</u> receive the following government entitlements based on indigency *(poverty)*:

   *Government entitlements based on indigency include but are not limited to: Food Stamps/SNAP, TANF, SSI, Medicaid, WIC Chip, AABD, Needs-based VA Pension, Public Housing, County Assistance, County Health Care, General Assistance, LIS in Medicare ("Extra Help"), Community Care via DADS, Low-Income Energy Assistance, Emergency Assistance, Child Care Assistance under Child Care and Development Block Grant.*

   *List all government entitlements based on indigency received by you or your dependents and the dollar amount of the benefit if applicable. Attach proof of the government entitlements received to this form.*

| Name of Public Benefit | Person Getting the Benefit | Dollar Amount |
|---|---|---|
| _____ | _____ | $ N/A |
| _____ | _____ | $ N/A |
| _____ | _____ | $ N/A |

5. **Income**

   a. My net monthly income from employment *(after taxes)* is: $_____
      *or* ☐ I am not currently employed or self-employed.

   b. My spouse's net monthly income *(after taxes)* is: $ 0 N/A
      *or* ☑ I am not married. *or* ☐ My spouse's income is not available to me.

   c. All other income I receive is listed below: *List the source of income (i.e. unemployment, retirement, social security, interest, dividends, child support, spousal support) and the monthly amount you receive.*

| | |
|---|---|
| Missionar Sponsor Provide Allonce | $ 100.00 |
| _____ | $ |
| _____ | $ |

Ex 4



6. **Dependents** – The people who depend on me financially are listed below:

| Name | Age | Relationship to Me |
|------|-----|--------------------|
|      |     |                    |
|      |     |                    |
|      |     |                    |
|      |     |                    |
|      |     |                    |

7. **Property** – I own the following property:

*List the property and its value - the amount the property would sell for less the amount you still owe on it. If there is no property in a particular category, write "none."*

Bank Accounts *(list bank, type of account and amount of $ in account)*

Central Pacif Bank ............................................ $ 90¢

$ _____

Vehicles *(list make and year)*

N/A $ _____

$ _____

Real Estate – House or Land *(do not list the house you live in)*

N/A $ _____

$ _____

Other Property of Value *(like boats, jewelry, stocks, etc.)*

N/A $ _____

$ _____

$ _____

8. **Monthly Expenses** – I have the following monthly expenses:

st Everything
AUSe Not GET
IN TIME

| | | | |
|---|---|---|---|
| Rent / Mortgage | $ 4500 | Insurance (auto, life, health, etc.) | $ 15⁰⁰ |
| Food | $ 20⁰⁰ | Vehicle payments | $ 0 |
| Utilities (electric/gas) | $ 0 | Gas, bus fare, auto repair | $ 10⁰⁰ |
| Telephone | $ 10⁰⁰ | Child support / spousal support | $ 0 |
| Clothing and laundry | $ 0 | Other expenses/debts: *(describe)* | $ 0 |
| Medical, dental expenses | $ 0 | | $ |
| Child care, school tuition | $ 0 | | $ |
| Household supplies | $ 0 | | $ |

Total monthly expenses: $ 0

9. **Additional Information**

*List any other facts you want the court to know, such as unusual medical expenses, family emergencies, etc.*

This Request come about to obtain ID To have on my person after being Rob Twice In one Day On West Orem Street By Three youth That I Need To obtain DIVORCE Paper 26 + FINAL 26

10. **Formally signed under penalty of perjury in** _____ **County, Texas on this**

date: 06 / 18 / 2015.

_____
**Your Signature**

© TexasLawHelp.org – Declaration of Indigency, December 2014
Texas Rules of Civil Procedure, Rule 145 and Texas Civil Practice & Remedies Code, Rule 132.001

Notary Public TX

MORGAN SKY FUGATE
My Commission Expires
March 7, 2018

EX 5

HCDistrictclerk.com      The State of Texas vs. COTTON, JAYCEE (SPN: 02760809)      9/29/2015
Cause: 146602401010     CDI: 3     Court: 209

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 4/25/2015 |
| Case (Cause) Status | Inactive Bond Forfeiture |
| Offense | THEFT $1500-20K |
| Last Instrument Filed | Felony Indictment |
| Case Disposition | |
| Case Completion Date | N/A |
| Defendant Status | NO ARREST |
| Bond Amount | $0.00 |
| Next/Last Setting Date | 6/2/2015 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| Race/Sex | B / M | Height/Weight | 5'09 / 140 LBS |
| Eyes | BRO | Hair | BLK |
| Skin | DRK | Build | MED |
| DOB | 9/4/1997 | In Custody | N |
| US Citizen | YES | Place Of Birth | TX |
| Address | | 15010 WHITE HEATHER HOUSTON TX | |
| Markings | | | |

### COURT DETAILS

| | |
|---|---|
| Court | 209th |
| Address | 1201 Franklin (Floor: 17) Houston, TX 77002 Phone:7137556378 |
| JudgeName | Michael T. McSpadden |
| Court Type | Criminal |

In One Day I Khristina Caldwell Rob. By Six Youth Three at a time
Jaycee Cotton
Name Above Is One Of Youth That Toke My Paper Work
In My Purse Along with Id Etc. Etc. Stole One I Pad Broke Other
All Cell Phones. This young man was with the Second Group Of Three
To which I Ran and Caught. That I Request To stay on the Ballot

First three Young men Was Not Caught, That Toke my Wallet 4/25/2015
That I need To Go receive Divorce Paper. For New ID
Please See other Unsworn Declaration of Indigency
That was of Truth then still Now.

Therer word was you might as well Take The Sign down
You Can't run For mayor /Now we They/Take your wallet.
Which mean they all knew each other,
The Tall one That Said That was the one That Toke my
Purse.

Ex 6

United States Postal Service®

**Sorry We Missed You! We Re Deliver for You**

Today's Date: 9/19/15   Sender's Name: Vince Ryan

Item is at:
___ Post Office * (See back)

Available for Pick-up After:
Date: 9/19/15   Time:

**For Redelivery**
Go to *usps.com/redelivery*
or see reverse

___ Letter

___ Large envelope, magazine, catalog, etc.

___ Parcel

___ Perishable Item

___ Other:

**For Delivery:** *(Enter total number of items delivered by service type.)*

**For Notice Left:** *(Check applicable item)*

___ Priority Mail Express™

___ Certified Mail™ (Must claim within 15 days or article will be returned)

___ Restricted Delivery

___ Registered Mail™

___ Insured Mail

___ Return Receipt for Merchandise

___ Adult Signature

___ Signature Confirmation™

☐ If checked, you or your agent must be present at time of delivery to sign for item.

**USPS Tracking # or Article Number(s)**
7014 3490 0000 2130 5144

**Notice Left Section**
Customer Name and Address:
K. Hishima De Jian
7730 Cruph

**Article Requiring Payment**
☐ Postage Due   ☐ COD   ☐ Customs   Amount Due $

☐ **Final Notice:** Article will be returned to sender on

Delivered By and Date:

PS Form **3849**, July 2013   **usps.com**   Delivery Notice/Reminder/Receipt

Received From Post Office 19th

EX. 7